# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 23, 2011

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge**

JOHN DANIEL TINDER, *Circuit Judge*

No. 09-3932

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Western Division. |
|    *v.* | No. 09 CR 50023-1 |
| SERGIO SANDOVAL RAMIREZ,<br>    *Defendant-Appellant*. | **Frederick J. Kapala**,<br>*Judge*. |

No. 10-2190

| | |
|---|---|
| | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| UNITED STATES OF AMERICA<br>    *Plaintiff-Appellee*, | No. 09 CR 632-1 |
|    *v.* | |
| FRANCISCO OCAMPO-PINEDA,<br>    *Defendant-Appellant*. | **Virginia M. Kendall**,<br>*Judge*. |

---

*Circuit Judge Evans died on August 10, 2011, and did not participate in the decision of the Petition for Rehearing, which is being resolved by a quorum of the panel under 28 U.S.C. § 46(d).

No. 10-2689

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.

LUIS A. MANDUJANO-GONZALEZ
            *Defendant-Appellant.*

Appeal from the United States District
Court for the Northern District of Illinois,
Eastern Division.

No. 09 CR 586-1

**Amy J. St. Eve,**
*Judge.*

**O R D E R**

The defendants-appellants filed a petition for panel rehearing with a suggestion of rehearing en banc. A quorum of the panel has re-examined the opinion entered in this case on July 20, 2011. It now withdraws that opinion and substitutes the attached revised opinion.

Accordingly, the petition for panel rehearing is **DENIED**.